UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: _15- 9246_

     V. : CRIMINAL ACTION

_Heather Canaan_ : ORDER OF RELEASE

    The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

( ) Other: _____

_[signature]_          _9/30/2015_
DEFENDANT                                DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_9/30/2015_
DATE